UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STEVEN MADDOX,**<br>    Plaintiff | **CIVIL DOCKET** |
| **VERSUS** | **NO. 22-495** |
| **JEFFERSON PARISH SHERIFF'S OFFICE DEPUTY GEOFFRY WALKER, ET AL.,**<br>    Defendants | **SECTION: "E" (5)** |

## JUDGMENT

Considering the Court's Order dated November 7, 2022;[1]

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment entered in favor of Defendants, Jefferson Parish Sheriff's Office Deputy Geoffry Walker and Jefferson Parish Sheriff's Office Deputy Justin Labadie, and against Plaintiff Steven Maddox on all claims.

**New Orleans, Louisiana, this 8th day of November, 2022.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 44.